James E. Cecchi
Caroline F. Bartlett
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Steve W. Berman+
Sean R. Matt+
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
seanm@hbsslaw.com

Jeffrey S. Goldenberg+
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Sean K. Collins+
LAW OFFICES OF SEAN K.
COLLINS
184 High Street, Suite 503
Boston, MA 02110
Telephone: (855) 693-9256
Facsimile: (617) 227-2843
sean@neinsurancelaw.com

*Counsel for Plaintiffs and the Settlement Class*
*+ Admitted pro hac vice*

Sergei Lemberg+
LEMBERG LAW
43 Danbury Road
Wilton, Connecticut 06897
Telephone: (203) 653-2250
slemberg@lemberglaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANA POTVIN, LISA BULTMAN, MICHAEL MCKARRY, DAVID WABAKKEN, MOHAMED HASSAN, CHRISTINA MERRILL, ERIC LEVINE, PATRICK DONAHUEs, DEBBI BROWN, CAROL RADICE, TERRENCE BERRY, AMANDA GREEN, DAVID WILDHAGEN, KATY DOYLE, TASHIA | Case No.: 2:22-cv-01537 (EP) (JSA) |

| | |
|---|---|
| CLENDANIEL, HOGAN POPKESS, KORY WHEELER, HARRY O'BOYLE, JOE RAMAGLI, ERIC KOVALIK, CHARLES HILLIER, LABRANDA SHELTON, ADAM MOORE, TINA GROVE, KEECH ARNSTEN, SCOTT CARTER, MIKE SHERROD, CHRISTI JOHNSON, MARY KOELZER AND MARK STEVENS, Individually And On Behalf Of All Others Similarly Situated, Plaintiffs, <br><br> vs. <br><br> VOLKSWAGEN AKTIENGESELLSCHAFT, VOLKSWAGEN GROUP OF AMERICA, INC., and VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, <br><br> Defendants. | |

## PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Lisa Bultman, Michael McKarry, David Wabakken, Mohamed Hassan, Eric Levine, Patrick Donahue, Debbi Brown, Carol Radice, Terrence Berry, Amanda Green, David Wildhagen, Katy Doyle, Tashia Clendaniel, Hogan Popkess, Kory Wheeler, Harry O'Boyle, Joe Ramagli, Eric Kovalik, Charles Hillier, Labranda Shelton, Adam Moore, Tina Grove, Keech Arnsten, Scott Carter, Mike Sherrod,

Christi Johnson, Mary Koelzer, and Mark Stevens ("Plaintiffs"), on behalf of themselves and the proposed class, by and through their counsel, hereby respectfully request that the Court enter an Order:

(1) Granting final approval of the Settlement set forth in the Settlement Agreement (the "SA");

(2) Certifying the Settlement Class for settlement purposes only;

(3) Granting final appointment of Lisa Bultman, Michael McKarry, David Wabakken, Mohamed Hassan, Eric Levine, Patrick Donahue, Debbi Brown, Carol Radice, Terrence Berry, Amanda Green, David Wildhagen, Katy Doyle, Tashia Clendaniel, Hogan Popkess, Kory Wheeler, Harry O'Boyle, Joe Ramagli, Eric Kovalik, Charles Hillier, Labranda Shelton, Adam Moore, Tina Grove, Keech Arnsten, Scott Carter, Mike Sherrod, Christi Johnson, Mary Koelzer, and Mark Stevens Settlement Class Representatives;

(4) Confirming the appointment of the law firms of Carella, Byrne, Cecchi, Brody & Agnello, P.C.; Hagens Berman Sobol Shapiro LLP; Goldenberg Schneider, LPA; The Law Offices of Sean K. Collins; and Lemberg Law LLC as Settlement Class Counsel;

(5) Appointing JND Claim Administration as Settlement Claim Administrator;

(6) Entering a final judgment dismissing the action with prejudice; and

(7) Issuing related relief, as appropriate.

This Motion is based on the contemporaneously-filed memorandum of law in support of final approval submitted by Plaintiffs; the Declaration of James E. Cecchi; and all pleadings, records, and papers on file with the Court in this action.

Dated: November 22, 2024

Respectfully Submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

*s/ James E. Cecchi*
James E. Cecchi
Caroline F. Bartlett
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Steve W. Berman+
Sean R. Matt+
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
seanm@hbsslaw.com

Jeffrey S. Goldenberg+
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490

Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Sean K. Collins+
**LAW OFFICES OF SEAN K. COLLINS**
184 High Street, Suite 503
Boston, MA 02110
Telephone: (855) 693-9256
Facsimile: (617) 227-2843
sean@neinsurancelaw.com

Sergei Lemberg+
**LEMBERG LAW**
43 Danbury Road
Wilton, Connecticut 06897
Telephone: (203) 653-2250
slemberg@lemberglaw.com

*Counsel for Plaintiffs and the Settlement Class*
*+ Admitted pro hac vice*